# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155794(107)

CYNTHIA HOBBS,
          Plaintiff-Appellee,

v

RAYMOND HOBBS,
          Defendant-Appellant.

SC: 155794
COA: 325835
Washtenaw CC: 13-000103-DO

_____/

       On order of the Chief Justice, the second motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on July 19, 2017, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2017



Clerk